IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FirstMerit Bank, N.A., successor in interest to the FDIC, Receiver for Midwest Bank and Trust Company,<br><br>      Plaintiff,<br><br>v.<br><br>August P. Mauro, Riverwoods Subdivision Property Owners' Association, The Residences of Riverwoods Condominium Association,<br><br>      Defendants. | No. 14-cv-5896<br><br>Judge John Z. Lee |

**PLAINTIFF'S MOTION FOR PROVE-UP
AND JUDGMENT OF FORECLOSURE AND SALE**

NOW COMES the Plaintiff, FirstMerit Bank, N.A., successor-in-interest to the FDIC, Receiver for Midwest Bank and Trust Company, by one of its attorneys, and in support of its Motion for Prove-Up and Judgment of Foreclosure and Sale pursuant to 735 ILCS 5/15-1506, states as follows:

1. Plaintiff initiated these proceedings on July 31, 2014, with a Complaint to Foreclose Mortgage and Other Relief.

2. Defendants were served with a copy of the Complaint and Summons as set forth in the Motion for Default [Doc. No. 17] and an Order of Default was entered against all Defendants on October 9, 2014.

3. Defendant's failure to defend and deny the allegations of Plaintiff's Complaint results in those allegations being admitted and Plaintiff therefore moves the Court for the entry of Default Judgment of Foreclosure and Sale.

[033365.0189/1368127/1]                    1

6. August P. Mauro is not an active member of the military. See Military Search Affidavit attached hereto as **Exhibit 1**.

7. Plaintiff's claim of damages is for a sum that is made certain by computation and is more specifically set forth in its supporting Affidavit. See Affidavit attached hereto as **Exhibit 2**.

8. Plaintiff claims damages for attorneys' fees, legal costs and court costs. See Petition for Fees attached hereto as **Exhibit 3**.

9. Plaintiff requests that a Judgment of Foreclosure and Sale in the judgment indebtedness of $204,233.65 be entered in substantially the same form as attached hereto with any accrued interest thereon. See Judgment of Foreclosure attached hereto as **Exhibit 4**.

WHEREFORE, the Plaintiff respectfully requests that this Court enter a Judgment of Foreclosure and Sale, for that amount set forth and made certain in its Judgment Affidavit and Fee Petition.

                                                    Respectfully submitted,
                                                    **FirstMerit Bank, N.A., successor in interest to the FDIC, Receiver for Midwest Bank and Trust Company**

By:   s/ Kevin V. Hunt
        One of its attorneys

Kevin V. Hunt (ARDC 6283126)
Stahl Cowen Crowley Addis LLC
55 West Monroe, Suite 1200
Chicago, Illinois 60603
(312) 641-0060

## CERTIFICATE OF SERVICE

I, Kevin V. Hunt, an attorney, electronically filed this Motion for Prove-Up and Judgment of Foreclosure and Sale, on October 9, 2014, by filing same with the Clerk of the Court through the CM/ECF Filing System, and by depositing same in the US Mail at 55 W Monroe St., Chicago, IL with proper postage prepaid before the hour of 5:00pm addressed to the addresses listed below:

August P. Mauro
541 Keystone Ave.
River Forest, IL 60305

Riverwoods Subdivision Property Owners' Association
c/o Michael J. Levine, Registered Agent
5618 N. Milwaukee Ave.
Chicago, IL 60646

The Residences of Riverwoods Condominium Association
c/o Michael J. Levine, Registered Agent
5618 N. Milwaukee Ave.
Chicago, IL 60646


_____/s/ Kevin V. Hunt_____